**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1400**

THOMAS GREEN,

Plaintiff – Appellant,

v.

TIMOTHY MCNAIR GEORGE, Police Officer of the Latta Police
Department; BOBBY LEE JONES, Police Officer of the Latta
Police Department,

Defendants – Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Terry L. Wooten, District Judge.
(4:07-cv-01678-TLW)

Submitted: July 30, 2009          Decided: August 4, 2009

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas Green, Appellant Pro Se.   Douglas Charles Baxter,
RICHARDSON, PLOWDEN & ROBINSON, PA, Myrtle Beach, South
Carolina, Mason Abram Summers, RICHARDSON, PLOWDEN & ROBINSON,
PA, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Green appeals the district court's order accepting the recommendation of the magistrate judge and granting Defendants' summary judgment motion and denying Green's motion for judgment as a matter of law in Green's 42 U.S.C. § 1983 (2006) civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Green v. George, No. 4:07-cv-01678-TLW (D.S.C. Mar. 5, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED